Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Utah**

Case number (*if known*): _____  Chapter ___11___

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | SRM-Double L, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Apache River LLC |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-5081008 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 307 S Warm Springs Way | |
| Number    Street | Number    Street |
| | P.O. Box |
| Heyburn        ID    83336 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Minidoka County | |
| County | Number    Street |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://www.doublelglobal.com/ |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | SRM-Double L, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

333100

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | SRM-Double L, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____

  | Number | Street |
  |---|---|

  _____

  | City | State | ZIP Code |
  |---|---|---|

  **Is the property insured?**

  - ☐ No
  - ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Debtor | SRM-Double L, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/13/2024
MM   / DD / YYYY

✖ _[signature]_                                   John Stokes

Signature of authorized representative of debtor       Printed name

Title    Member

**18. Signature of attorney**

✖ _[signature]_                   Date    11/13/2024
Signature of attorney for debtor                      MM   / DD / YYYY

Brian M. Rothschild
Printed name

Parsons Behle & Latimer
Firm name

350 Memorial Dr. Suite 300
Number      Street

Idaho Falls                          ID      83402
City                                 State    ZIP Code

208-522-6700                         brothschild@parsonsbehle.com
Contact phone                        Email address

9462                                 ID
Bar number                           State

---

**Fill in this information to identify the case:**

Debtor name _____SRM-Double L, LLC_____

United States Bankruptcy Court for the: ____District of Utah____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................

   | $ | 0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................

   | $ | 13,849,586.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................

   | $ | 13,849,586.00 |

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   | $ | 5,548,510.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...............................................

   | $ | 55,817.38 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   | +$ | 17,199,962.07 |

4. **Total liabilities**...............................................................................................................
   Lines 2 + 3a + 3b

   | $ | 22,804,289.45 |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SRM-Double L, LLC |
| United States Bankruptcy Court for the: | District of Utah |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jorns & Associates LLC 30 N Gould St Ste 23809 Sheridan, WY, 82801 | | Suppliers or Vendors | | | | 204,012.66 |
| 2 | BROEKEMA BELTWAY USA, INC 1108 HOLSTEIN DR. NE PINE CITY, MN, 55063 | | Suppliers or Vendors | | | | 166,439.69 |
| 3 | WOMACK MACHINE SUPPLY CO. 8227 SOUTH 4300 WEST WEST JORDAN, UT, 84088 | | Suppliers or Vendors | | | | 153,692.30 |
| 4 | MOTION INDUSTRIES 1605 Alton Rd Birmingham, AL, 35210 | | Suppliers or Vendors | | | | 146,169.09 |
| 5 | PACIFIC STEEL - SLC 2850 WEST 900 SOUTH SALT LAKE CITY, UT, 84125 | | Suppliers or Vendors | | | | 124,915.75 |
| 6 | LINDE GAS & EQUIPMENT INC - 71549634/624 2250 N ARTHUR AVE POCATELLO, ID, 83204-2422 | | Suppliers or Vendors | | | | 117,430.55 |
| 7 | BADGER BEARING PTP INC. 230 W. 20 S. BURLEY, ID, 83318 | | Suppliers or Vendors | | | | 111,071.56 |
| 8 | McGUIRE BEARING COMPANY 1053 W. AMITY ROAD BOISE, ID, 83705 | | Suppliers or Vendors | | | | 109,922.23 |

| Debtor | SRM-Double L, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | GOENGINEER 739 E UNION BLVD. MIDVALE, UT, 84047 | | Suppliers or Vendors | | | | 64,783.53 |
| 10 | ELECTRICAL WHOLESALE 999 Flightline Dr Idaho Falls, ID, 83402 | | Suppliers or Vendors | | | | 56,910.97 |
| 11 | WESTERN INTEGRATED TECHNOLOGIES 2404 South Orchard St Suite 1000 Boise, ID, 83705 | | Suppliers or Vendors | | | | 53,135.94 |
| 12 | BLACKHAWK INDUSTRIAL 3235 POLELINE RD POCATELLO, ID, 83206-2086 | | Suppliers or Vendors | | | | 51,061.58 |
| 13 | FARWEST STEEL CORPORATION 1250 W 2350 N North Ogden, UT, 84404 | | Suppliers or Vendors | | | | 50,836.05 |
| 14 | PICKETT EQUIPMENT 976 E MAIN ST. BURLEY, ID 83318 | | Suppliers or Vendors | | | | 49,078.56 |
| 15 | NOFFSINGER MANUFACTURING 500 MAIN ST FILER, ID, 83328 | | Suppliers or Vendors | | | | 48,992.48 |
| 16 | FLEETPRIDE, INC (TWIN FALLS) 2080 KIMBERLY ROAD TWIN FALLS, ID, 83301 | | Suppliers or Vendors | | | | 43,737.01 |
| 17 | UNISHIPPERS 2700 Commerce Street Suite 1500 Dallas, TX, 75226 | | Suppliers or Vendors | | | | 43,159.46 |
| 18 | LES SCHWAB 2555 SOUTH OVERLAND AVE. BURLEY, ID, 83318 | | Suppliers or Vendors | | | | 42,104.90 |
| 19 | BRIDGESTONE HOSE POWER 3484 HWY 30 WEST POCATELLO, ID, 83201 | | Suppliers or Vendors | | | | 41,784.99 |
| 20 | PACIFIC SOURCE HEALTH PLANS 408 E PARKCENTER BLVD., STE. 100 BOISE, ID, 83706 | | Suppliers or Vendors | | | | 40,892.14 |

**Fill in this information to identify the case:**

Debtor name ___SRM-Double L, LLC___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo - Heyburn ID | Checking | 5 7 6 3 | $ 384.00 |
| 3.2. | Key Bank - Heyburn ID | Checking | 0 9 6 8 | $ 46,287.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**     $ 46,671.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____
   7.2. _____     $_____

Debtor ___SRM-Double L, LLC_____ Case number *(if known)*_____
          Name

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____      $_____

    8.2._____      $_____

**9.** **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                       $_____

| **Part 3:** | **Accounts receivable** |
| --- | --- |

**10.** **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**11.** **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | 743,522.00 | – | 26,000.00 | = ........➔ | $ 717,522.00 |
| 11b. Over 90 days old: | 232,282.00 | – | 50,000.00 | = ........➔ | $ 182,282.00 |

**12.** **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 899,804.00

| **Part 4:** | **Investments** |
| --- | --- |

**13.** **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| | Valuation method | Current value |
| --- | --- | --- |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:            % of ownership:

| | % of ownership | Valuation method | Current value |
| --- | --- | --- | --- |
| 15.1 Apache River Properties, LLC | 80 % | Cost | $ 5,268,364.00 |
| 15.2._____ | ____% | | $_____ |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| | Valuation method | Current value |
| --- | --- | --- |
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17.** **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        $ 5,268,364.00

Debtor    SRM-Double L, LLC
_____    Case number (if known)_____
          Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Raw materials for Builds | _____ MM / DD / YYYY | $ 558,536.00 | Cost | $ 500,000.00 |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** See continuation sheet | _____ MM / DD / YYYY | $ 567,681.00 | _____ | $ 200,000.00 |
| 22. **Other inventory or supplies** Parts | _____ MM / DD / YYYY | $ 4,366,711.00 | Cost | $ 3,500,000.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 4,200,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $ _____ | _____ | $ _____ |

---

Debtor    SRM-Double L, LLC
_____    Case number (if known) _____
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See Schedule A/B Part 7, Question 39 Attachment | $ 123,670.00 | NBV | $ 100,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 100,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    SRM-Double L, LLC _____    Case number (if known)_____
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $ 111,166.00 | NBV | $ 80,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See Schedule A/B Part 8, Question 50 Attachment | $ 1,076,675.00 | NBV | $ 800,000.00 |
| **51. Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | | | $ 880,000.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  SRM-Double L, LLC
        Name

Case number (if known) _____

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Lease of Warehouse | Lessee and Guarantor of Bldg Mortgage | $_____ | _____ | $  0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patent | $  24,341.00 | cost | Unknown |
| 61. **Internet domain names and websites**<br>Doublelglobal.com | $_____ | | $  0.00 |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | | $  0.00 |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$  0.00

Debtor    SRM-Double L, LLC
            Name                                                                                  Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |

71. **Notes receivable**
Description (include name of obligor)
See Schedule A/B Part 11, Question 71 Attachment    2,454,747.00 − 0.00 = ➔  $ 2,454,747.00
                                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
_____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____                         $_____
Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____                         $_____
Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____                         $_____
_____                         $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 2,454,747.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor _____
SRM-Double L, LLC
Name

Case number (if known) _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 46,671.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 899,804.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 5,268,364.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 4,200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 100,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 880,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,454,747.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 13,849,586.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................... 13,849,586.00 ..................... $ 13,849,586.00

| Debtor 1 | SRM-Double L, LLC | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**21) Finished goods, including goods held for resale**

**General Date of the Net book value Valuation Current value**
**description last physical method**
**inventory**
**Gross Finished 387,181.00 Cost 150,000.00**
**goods**
**Finished Goods 180,500.00 Cost 50,000.00**
**– used**

**Fill in this information to identify the case:**

Debtor name __SRM-Double L, LLC__

United States Bankruptcy Court for the __District of Utah__

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Brent and Chalet Funk

**Describe debtor's property that is subject to a lien**
All assets of SRM-Double, L LLC

Column A: $ 5,500,000.00    Column B: $ 0.00

**Creditor's mailing address**
2786 B Rock Creek Rd.
Hansen, ID 83334

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 11/1/2024

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Deere Credit Inc

**Describe debtor's property that is subject to a lien**
John Deere Tractor 8245R s/n 110295

$35,506.00    $50,000.00

**Creditor's mailing address**
6400 NW 86th St
Johnston, IA 50131

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 6/20/2022

**Last 4 digits of account number** 0295

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 5,548,510.00

Debtor  SRM-Double L, LLC
        Name _____ Case number *(if known)*_____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Reliance Steel & Aluminum Co.

Describe debtor's property that is subject to a lien

See Schedule A/B Part 8, Question 50 Attachment

$13,004.00     $800,000.00

**Creditor's mailing address**

350South Grand Ave Suite 5100
Los Angeles, CA 90071

**Creditor's email address, if known**

**Date debt was incurred** 1/31/2019
**Last 4 digits of account number** _____

Describe the lien

Statutory, All asset lien to support purchases

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

$_____     $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | SRM-Double L, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ SRM-Double L, LLC _____

United States Bankruptcy Court for the: _____ District of Utah _____

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
Alvarez, Francisco J.
1523 K DR
Rupert, ID 83350

As of the petition filing date, the claim is: $ 2,320.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**

**Last 4 digits of account number** 13234

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
Bailey, Norm B.
106 Walnut St
Rupert, ID 83350

As of the petition filing date, the claim is: $ 1,680.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**

**Last 4 digits of account number** 13618

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
Breitstein, Jarod A.
957 Magnolia St
Burley , ID 83318

As of the petition filing date, the claim is: $ 582.22    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**

**Last 4 digits of account number** 13769

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____SAM-Double L, LLC_____    Case number _(if known)_____
    Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4**  **Priority creditor's name and mailing address**    $ 2,425.31    $ _____
Carrasco , Jorge
PO Box 721
American Falls, ID 83211

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
10/31/2024    _____

**Last 4 digits of account**
**number** __13104__    **Is the claim subject to offset?**
    ☑ No
**Specify Code subsection of PRIORITY unsecured**    ☐ Yes
**claim: 11 U.S.C. § 507(a) (_____)**

---

**2.5**  **Priority creditor's name and mailing address**    $ 274.89    $ _____
Chadwell, Katie
1710 C ST
Heyburn, ID 83336

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
10/31/2024    _____

**Last 4 digits of account**
**number** __13554__    **Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured**    ☑ No
**claim: 11 U.S.C. § 507(a) (_____)**    ☐ Yes

---

**2.6**  **Priority creditor's name and mailing address**    $ 1,358.32    $ _____
Cruzes, Efrain
1748 W 16th St
Burley, ID 833182119

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
10/31/2024    _____

**Last 4 digits of account**
**number** __13779__    **Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured**    ☑ No
**claim: 11 U.S.C. § 507(a) (_____)**    ☐ Yes

---

**2.7**  **Priority creditor's name and mailing address**    $ 383.82    $ _____
Eames, Jack J.
109 Apple Blossom Drive
Rupert, ID 83350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
10/31/2024

**Last 4 digits of account**
**number** __13451__    **Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured**    ☑ No
**claim: 11 U.S.C. § 507(a) (_____)**    ☐ Yes

---

Debtor _____ SAM-Double L, LLC _____ Case number (if known) _____
Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address
Eschler, James
866 Wayne Ave
Pocatello, ID 832013744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,200.00 — $

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13101

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.9** Priority creditor's name and mailing address
Garcia, Dillion J.
1011 Cooper St
Rupert, ID 833508320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.41 — $

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13409

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.10** Priority creditor's name and mailing address
Garnica, Mario
727 Roosevelt St
American Falls, ID 832111345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,480.00 — $

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 12981

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.11** Priority creditor's name and mailing address
Garnica, Roberto
565 Cleveland Street
American Falls, ID 83211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,240.00 — $

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13110

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Docusign Envelope ID: F3CC89EE-5C17-4AE8-A98D-71041D969044
Case 24-40261-BPH   Doc 1   Filed 11/14/24   Entered 11/14/24 12:42:21   Desc Main
Document   Page 23 of 98

Debtor    SNM-Double C, LLC _____   Case number (if known)_____
        Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.12 Priority creditor's name and mailing address**
Hartley, Kurt R.
114 Tuscan Dr
Heyburn, ID 833361040

Total claim: $740.45    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number** 13229
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**2.13 Priority creditor's name and mailing address**
Hernandez, Ricardo
2437 W. 25th Drive
Burley, ID 833181234

Total claim: $2,500.00    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number** 13273
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**2.14 Priority creditor's name and mailing address**
Juarez Vergara, Gilberto
1817 P St
Heyburn, ID 833368758

Total claim: $1,500.00    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number** 13533
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**2.15 Priority creditor's name and mailing address**
Juarez Vergara, Luis
112 N 4th St W
Paul, ID 833479782

Total claim: $1,500.00    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number** 13577
**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____SMI Double L, LLC_____    Case number (if known)_____
Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.16** **Priority creditor's name and mailing address**
Kunau, Rayn M.
137 N Highway 77
Declo, ID 833235035

$623.86    $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13801

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.17** **Priority creditor's name and mailing address**
Lemos, Marcial
PO Box 91
Aberdeen, ID 832100091

$1,760.00    $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 12595

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.18** **Priority creditor's name and mailing address**
Martinez, Rigo
172 S
Burley, ID 833185454

$714.56    $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13392

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.19** **Priority creditor's name and mailing address**
Mehta, Atul K.
2465 Hiland Ave
Apt A205
Burley, ID 833182708

$749.91    $_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13361

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| | | | | |
|---|---|---|---|---|

**Part 1.** **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 20** **Priority creditor's name and mailing address**
Moss, Travis
174 North 325 West
Blackfoot, ID 83221

Total claim: $3,846.16   Priority amount: $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024

**Basis for the claim:** _____

**Last 4 digits of account number** 13214

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2. 21** **Priority creditor's name and mailing address**
Nunez, Juan C.
530 Cleveland St
American Falls, ID 832111518

Total claim: $461.95   Priority amount: $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024

**Basis for the claim:** _____

**Last 4 digits of account number** 13124

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2. 22** **Priority creditor's name and mailing address**
Palomares Hernandez, Hector
950 Miller Ave
Burley, ID 833181227

Total claim: $747.57   Priority amount: $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024

**Basis for the claim:** _____

**Last 4 digits of account number** 13757

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2. 23** **Priority creditor's name and mailing address**
Parson, Ana M.
1414 Park Ave
Trlr 82
Burley, ID 833181753

Total claim: $173.58   Priority amount: $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 10/31/2024

**Basis for the claim:** _____

**Last 4 digits of account number** 13651

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Case 24-01161-BPH    Doc 1    Filed 11/14/24    Entered 11/14/24 12:42:21    Desc Main
                              Document       Page 26 of 98

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

---

**2.24  Priority creditor's name and mailing address**
Portillo Tarango, Karen I.
2437 W 25th Dr
Burley, ID 833182808

Total claim: $305.11    Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number**  13385

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.25  Priority creditor's name and mailing address**
Quijano, Yair
734 Normal Ave
Burley, ID 833181443

Total claim: $1,270.75    Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number**  13718

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.26  Priority creditor's name and mailing address**
Quintero, Juan
209 16th St
Heyburn, ID 833369654

Total claim: $2,560.00    Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number**  12926

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.27  Priority creditor's name and mailing address**
Rangel, Mario
235 Arthur Street
American Falls, ID 83211

Total claim: $3,000.00    Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number**  13163

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

Debtor      SRM Double E, LLC _____    Case number (if known) _____
          Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

**2.28  Priority creditor's name and mailing address**
Rowser, Kensley J.
1635 Hansen Ave
Burley, ID 833182529

$ 444.50          $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13799

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.29  Priority creditor's name and mailing address**
Saiz, Jared
286 Madison St
American Falls, ID 832111208

$ 2,225.00          $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 9380

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.30  Priority creditor's name and mailing address**
Sanchez, Ruben
305 W 20th St
Burley, ID 833182351

$ 1,840.00          $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13162

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.31  Priority creditor's name and mailing address**
Steckel, Kyle L.
2745 Berkeley Ave
Burley, ID 833183310

$ 58.52          $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13630

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Docusign Envelope ID: F3C89E5F-5C17-4AE8-A96D-71041D969044

Debtor    SAM Double L, LLC
          Name

Case number (if known)    Case 24-00871-BPH    Doc 1    Filed 11/14/24    Entered 11/14/24 12:42:21    Desc Main
                                       Document       Page 28 of 98

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.32 Priority creditor's name and mailing address**
Tellez, Marco
1865 P St
Heyburn, ID 833368758

$ 462.33    $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  10/31/2024

Basis for the claim:

Last 4 digits of account number  12690

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.33 Priority creditor's name and mailing address**
Thomas, Darrell
1910 Y Street
Heyburn, ID 83336

$ 1,600.00    $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  10/31/2024

Basis for the claim:

Last 4 digits of account number  12129

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.34 Priority creditor's name and mailing address**
Tolman, Nolan P.
1751 Yale Avenue
Burley, ID 83318

$ 0.00    $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  10/31/2024

Basis for the claim:

Last 4 digits of account number  13181

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.35 Priority creditor's name and mailing address**
Torrez, Marco
255 Van Buren St
American Falls, ID 832111225

$ 439.32    $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  10/31/2024

Basis for the claim:

Last 4 digits of account number  13059

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

Is the claim subject to offset?
☑ No
☐ Yes

Docusign Envelope ID: F3C889EE-5C17-4AF8-A98D-71041D969044

Debtor _____ SRM-Double C, LLC _____ Case number _(if known)_ _____ __26-40261-BPH__ — Doc 1 — Filed 11/14/24 — Entered 11/14/24 12:42:21 — Desc Main
                          Name                                                              Document        Page 29 of 98

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.36** **Priority creditor's name and mailing address**
Villegas, Jose C.
PO Box 466
Aberdeen, ID 832100466

$862.03 $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 12094

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.37** **Priority creditor's name and mailing address**
Warth, Phillip B.
537 E Lincoln St
Paul, ID 833475504

$2,886.49 $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13240

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.38** **Priority creditor's name and mailing address**
Yates, Jeff S.
2673 Kopp Rd
American Falls, ID 832115242

$564.29 $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 13708

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.39** **Priority creditor's name and mailing address**
Young, Jody
1597 Jade Drive
Pocatello, ID 83202

$3,846.16 $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number** 12444

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Debtor    SRM Double L, LLC _____    Case number (if known) _____
         Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40   Priority creditor's name and mailing address**
Young, Stan
1990W 850S
Springfield, ID 83277
$ 1,972.87      $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/31/2024

**Basis for the claim:**
_____

**Last 4 digits of account number**  11950

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.___   Priority creditor's name and mailing address**
$ _____      $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.___   Priority creditor's name and mailing address**
$ _____      $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.___   Priority creditor's name and mailing address**
$ _____      $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor    SRM Double L, LLC
         _____    Case number (if known) _____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A & I DISTRIBUTORS
2058 CENTURY WAY
BOISE, ID 83709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 12,222.13

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
A.M.I. SUPPLY INC.
719 Overland Ave
Burley, ID 83318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 387.10

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
AAAA SPECIALTIES, INC.
3030 HURON ST.
DENVER , CO 80202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 1,207.50

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Adirondack Regional Airport
96 Airport Road
Saranac Lake, NY 12983

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 174.00

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
AG PARTS MFG.
485 N. STATE STREET
SHELLEY, ID 83274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 7,468.15

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
AGRI-SERVICE LLC
300 AGRI-SERVICE WAY
KIMBERLY, ID 83341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 4,517.06

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    SRM Double J, LLC
          _____    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** ⁷  **Nonpriority creditor's name and mailing address**

AIRGAS USA, LLC. 2029282
259 North Radnor-Chester Road
Suite 100
Randor, PA 190787-5283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 202.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** ⁸  **Nonpriority creditor's name and mailing address**

ALLEGIS CORPORATION
3895 CORSAIR ST. SUITE A
RENO, NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 986.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** ⁹  **Nonpriority creditor's name and mailing address**

Allied Business Solutions
10394 W Emerald St
Boise, ID 83704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 267.12

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** ¹⁰  **Nonpriority creditor's name and mailing address**

ALSCO - LBOI #005572
2254 EAST BRANIFF
BOISE, ID 83716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,078.74

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** ¹¹  **Nonpriority creditor's name and mailing address**

AMADA AMERICA, INC.
7025 FIRESTONE BLVD.
BUENA PARK, CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,900.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor _____
          Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.12** Nonpriority creditor's name and mailing address

AMERICAN STAFFING
277 S Washington St
Alexandria , VA 22314

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,234.12

---

**3.13** Nonpriority creditor's name and mailing address

American Welding Society
8669 NW 36th St., #130
#130
Miami, FL 33166-6672

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 291.00

---

**3.14** Nonpriority creditor's name and mailing address

AMERIGAS DISTRICT #7158
218 Idaho 24
Rupert, ID 83350

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 793.03

---

**3.15** Nonpriority creditor's name and mailing address

APEM, INC. / CH PRODUCTS
970 PARK CENTER DRIVE
VISTA, CA 92081

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,441.10

---

**3.16** Nonpriority creditor's name and mailing address

APPLIED INDUSTRIAL TECHNOLOGIES
2575 Poleline Road
Pocatello, ID 83201

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,202.97

---

Debtor _____ SRM Bottle DLLC _____    Case number *(if known)* _____
Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

ARGONICS
740 SOUTH PIERCE AVENUE #5
LOUISVILLE, CO 80027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,282.47

---

**3.18** Nonpriority creditor's name and mailing address

ASHCROFT
250 EAST MAIN ST.
STRATFORD, CT 6614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,835.82

---

**3.19** Nonpriority creditor's name and mailing address

Atlas Solutions (ACH)
1411 23rd Street
Ogden, UT 84401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,500.00

---

**3.20** Nonpriority creditor's name and mailing address

ATS LOGISTICS SERVICES, INC
9016 Palmetto Commerce Pkwy
Ste 3
Ladson, SC 29456-6704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,424.88

---

**3.21** Nonpriority creditor's name and mailing address

AVERY'S AUTO
82N 400W
BLACKFOOT, ID 83221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,499.81

---

Debtor  SRM Double J, LLC _____    Case number _(if known)_ _____
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 22  **Nonpriority creditor's name and mailing address**

AVR BVBA
MEENSESTEENWEG 545
Belgium
8800 ROESELARE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,848.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

BADGER BEARING PTP INC.
230 W. 20 S.
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 111,071.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24  **Nonpriority creditor's name and mailing address**

BARCLAY TRUCK REBUILDERS
500 W. 100 S.
PAUL, ID 83347

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,045.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25  **Nonpriority creditor's name and mailing address**

BDO
299 S Main St 10th Fl,
SALT LAKE CITY, UT 84111

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,001.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 26  **Nonpriority creditor's name and mailing address**

BIG TRACTOR PARTS
10293 HWY 32 S.
HAWLEY, MN 56549

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 31.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    SRM Bobble E LLC    Case number (if known) _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.27**   **Nonpriority creditor's name and mailing address**

BLACKHAWK INDUSTRIAL
3235 POLELINE RD
POCATELLO, ID 83206-2086

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 51,061.58

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.28**   **Nonpriority creditor's name and mailing address**

BOLEN'S CONTROL HOUSE, INC.
140 SOUTH 100 WEST
BOISE, ID 83318-5017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,255.52

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.29**   **Nonpriority creditor's name and mailing address**

BRIDGESTONE HOSE POWER
3484 HWY 30 WEST
POCATELLO, ID 83201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 41,784.99

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.30**   **Nonpriority creditor's name and mailing address**

BROEKEMA BELTWAY USA, INC
1108 HOLSTEIN DR. NE
PINE CITY, MN 55063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 166,439.69

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.31**   **Nonpriority creditor's name and mailing address**

BTR TRUCK AND TRAILER SALES
496 W 100 S
Paul, ID 83347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 38.33

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor    SRM Bobbie J, LLC _____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.32** Nonpriority creditor's name and mailing address

CAPITAL CHROME & PRECISION GRINDING
1520 HICKORY ST NE
SALEM, OR 97301

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,497.60

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.33** Nonpriority creditor's name and mailing address

CARQUEST AUTO PARTS - CARQUEST OF
BURLEY
518 OVERLAND AVE
BURLEY, ID 83318

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 229.96

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.34** Nonpriority creditor's name and mailing address

CATE INDUSTRIAL SOLUTIONS #04472
2747 GARRETT WAY
POCATELLO, ID 83201

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,000.00

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.35** Nonpriority creditor's name and mailing address

CG MACHINERY, LLC dba HAAS FACTORY
15150 25th Avenue North
Minneapolis, MN 55447

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,351.65

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.36** Nonpriority creditor's name and mailing address

CHRISTENSEN MACHINE, INC.
301 CENTENNIAL DRIVE
HEYBURN, ID 83336

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,766.40

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

Debtor _____ SRM Double I, LLC _____   Case number (if known) _____
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

City of Burley
1401 Overland Ave
BUrley, ID 83318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,068.44

---

**3.38** Nonpriority creditor's name and mailing address

CITY OF CHUBBUCK
290 E Linden Ave
Chubbuck, ID 83202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25.00

---

**3.39** Nonpriority creditor's name and mailing address

CK WINDOW CLEANING LLC
595 SUNNYSLOPE DR.
PAUL, ID 83347

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 125.00

---

**3.40** Nonpriority creditor's name and mailing address

COHERENT CORP-cc
375 Saxon Blvd
Saxonburg, PA 16056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,347.28

---

**3.41** Nonpriority creditor's name and mailing address

COMMERCIAL TIRE
320 OVERLAND
BURLEY, ID 83318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,859.98

---

Debtor _____ SRM Double E LLC _____   Case number _(if known)_ _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3. 42** Nonpriority creditor's name and mailing address

CONRAD & BISCHOFF INC.
2251 N. HOLMES AVE
IDAHO FALLS, ID 83401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 9,999.51

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 43** Nonpriority creditor's name and mailing address

Crane Alarm
4017 E SUMMIT LN
NAMPA, ID 83653

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,690.25

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 44** Nonpriority creditor's name and mailing address

Crimp Supply
1271 West Maple Rd
Clawson, MI 48017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 545.57

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 45** Nonpriority creditor's name and mailing address

CROWN LIFT TRUCKS
11605 W. EXECUTIVE DR.
BOISE, ID 83713

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 16,564.05

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 46** Nonpriority creditor's name and mailing address

CUSTOM-PAK, INC.
86 16TH AVENUE NORTH
CLINTON, IA 52732

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 578.60

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____    Case number _(if known)_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 47**    **Nonpriority creditor's name and mailing address**

Dalton Direct Digital
122 N Meridian
Rupert, ID 83350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,050.00

---

**3. 48**    **Nonpriority creditor's name and mailing address**

Dex Imaging
5109 W Lemon St
Tampa, FL 33609

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 402.21

---

**3. 49**    **Nonpriority creditor's name and mailing address**

DEXTER - REDNECK TRAILER SUPPLIES
15778 US-20
Caldwell , ID 83607

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,011.08

---

**3. 50**    **Nonpriority creditor's name and mailing address**

Direct Connect Transport
7400 33rd St. N, Suite 700
Oakdale, MN 55128

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 990.00

---

**3. 51**    **Nonpriority creditor's name and mailing address**

DYKMAN ELECTRICAL INC.
4860 BURLEY DR
CHUBBUCK, ID 83202

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 17,591.67

---

Debtor _____ SRM Double C, LLC _____ Case number _(if known)_____
        Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

ELECTRIC MOTOR REWIND
214 S. HIGHWAY 24
RUPERT, ID 83350

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 23.69

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.53** Nonpriority creditor's name and mailing address

ELECTRICAL WHOLESALE
999 Flightline Dr
Idaho Falls, ID 83402

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 56,910.97

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.54** Nonpriority creditor's name and mailing address

ELECTRICAL WHOLESALE (REXBURG)
899 JET STREAM DR
REXBURG, ID 83440

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 56.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.55** Nonpriority creditor's name and mailing address

ELEMENT HEATING AND COOLING
347 LOCUST ST S
TWIN FALLS , ID 83301

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,151.67

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.56** Nonpriority creditor's name and mailing address

England Logistics
4701 West 2100 South
Salt Lake City, UT 84120

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 490.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____SRM Bobble LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⌐57⌐ **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL ABRASIVES
WAREHOUSE-cc
4301 FEDERAL WAY
BOISE, ID 83716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,047.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ⌐58⌐ **Nonpriority creditor's name and mailing address**

ESSENTIAL SOFTWARE SOLUTIONS
202-4268 LOZELLS AVENUE
BURNABY, BC V5A

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,117.34

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ⌐59⌐ **Nonpriority creditor's name and mailing address**

ESTES
456 Washington St
Twin Falls, ID 83301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,793.72

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ⌐60⌐ **Nonpriority creditor's name and mailing address**

Expeditors International of Washington, Inc
1015 3rd Ave
12th Floor
Seattle , WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,685.07

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ⌐61⌐ **Nonpriority creditor's name and mailing address**

Falcon Industries, Inc.
180 Commerce Drive
Medina, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,314.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    SRM Double J LLC _____    Case number _(if known)_ _____
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.⁶² **Nonpriority creditor's name and mailing address**

FARWEST STEEL CORPORATION
1250 W 2350 N
North Ogden, UT 84404

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,836.05

---

3.⁶³ **Nonpriority creditor's name and mailing address**

FASTENAL (IDBUR)
536 OVERLAND AVE.
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

---

3.⁶⁴ **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
942 South Shady Grove Road
Memphis, TN 38120

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,032.20

---

3.⁶⁵ **Nonpriority creditor's name and mailing address**

First Citizens Bank
239 Fayetteville Street
Raleigh, NC 27601

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,418.34

---

3.⁶⁶ **Nonpriority creditor's name and mailing address**

FLEETPRIDE, INC (TWIN FALLS)
2080 KIMBERLY ROAD
TWIN FALLS, ID 83301

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 43,737.01

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 24 of 50

Debtor _____    Case number _(if known)_ _____
    SRM Double D LLC

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

FLEETPRIDE, INC.-cc
950 W. CEDAR ST.
POCATELLO, ID 83201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,147.28

---

**3.68** Nonpriority creditor's name and mailing address

FOUR SEASONS BURLEY
3012 OVERLAND AVE
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,370.00

---

**3.69** Nonpriority creditor's name and mailing address

FRANKLIN BUILDING SUPPLY CO.-cc
303 N. OVERLAND AVE
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 238.87

---

**3.70** Nonpriority creditor's name and mailing address

FROST FIGHTER & CLEAR VIEW
13301 W 43rd Dr
Unit 11
Golden, CO 80403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 617.49

---

**3.71** Nonpriority creditor's name and mailing address

GENEVA HYDRAULICS, INC.
343 S MOUNTAIN WAY DRIVE
OREM, UT 84058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 9,883.32

---

Debtor    SRM Bobble Due    Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** | Nonpriority creditor's name and mailing address

GGB BEARING TECHNOLOGY
700 MID ATLANTIC PARKWAY
THOROFARE, NJ 8086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,341.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address

GO-FER IT EXPRESS
2076 Eldridge Ave
Twin Falls, ID 83301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,238.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address

GOENGINEER
739 E UNION BLVD.
MIDVALE, UT 84047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 64,783.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address

GORDON ELECTRIC SUPPLY, INC.
1290 N. HOBBIE AVE
Kankakee, IL 60901-000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

GRAINGER, INC.
2775 SOUTH 9TH WEST
SALT LAKE CITY, UT 84119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,446.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____SRM Double L LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

GRAPHX SIGN
330 W MAIN
BURLEY, ID 83318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,801.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

HALL'S MACHINE & FAB
109 N 3850 E
RIGBY, ID 83442

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,923.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Heartland Ag DBA Titan Machinery
1180 STATE HWY 7 EAST
HUTCHISON, MN 55350

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,355.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

HEXNODE-(ONLINE)
111 Pine St Ste 1225
San Francisco, CA 94111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 874.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

HIGH MOUNTAIN AG
1121 HIGHWAY 285 NORTH
MONTE VISTA, CO 81144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,000.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____SRM Double D LLC_____  Case number *(if known)*_____
         Name

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**`82`  **Nonpriority creditor's name and mailing address**

Hydreco- Continental Hydraulics
200 OAKLAND AVENUE
ROCK HILL, SC 29730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 27.22

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**`83`  **Nonpriority creditor's name and mailing address**

IDAHO POWER - 2220594572
243 Blue Lakes Blvd S
Twin Falls, ID 83301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**`84`  **Nonpriority creditor's name and mailing address**

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**`85`  **Nonpriority creditor's name and mailing address**

IFM EFECTOR, INC. (ACH)
1100 ATWATER DR.
MALVERN, PA 19355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 34,227.03

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**`86`  **Nonpriority creditor's name and mailing address**

INT GAS COMPANY - 38922030002
555 South Cole Road
Bismark, ND 58503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 633.43

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor _____SRM Double Doc LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | Nonpriority creditor's name and mailing address

INT GAS COMPANY - 78341469167
555 South Cole Road
Bismarck, ND 58503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.45

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.88** | Nonpriority creditor's name and mailing address

Intermountain Claims
8665 W Emerald St
Boise, ID 83711-4367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.47

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.89** | Nonpriority creditor's name and mailing address

INTERSTATE ADVANCED MATERIALS
2201 S CENTURION PLACE
BOISE, ID 83709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,851.96

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.90** | Nonpriority creditor's name and mailing address

Interstate Battery of Snake River
412 Eastland Drive South
Twin Falls, ID 83301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,332.44

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.91** | Nonpriority creditor's name and mailing address

IRS - Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor   SRM Double D LLC _____    Case number _(if known)_ _____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** **92** **Nonpriority creditor's name and mailing address**

J B RADIATOR SPECIALTIES
8401 SPECIALTY CIRCLE
SACRAMENTO, CA 95828

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,252.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **93** **Nonpriority creditor's name and mailing address**

J.M. GRISLEY MACHINE TOOLS
1485 SOUTH 300 WEST
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,725.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **94** **Nonpriority creditor's name and mailing address**

JARED GILLESPIE
1014 10TH ST.
RUPERT, ID 83350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **95** **Nonpriority creditor's name and mailing address**

Jonathan Price
1350 Pomerelle Ave
Burley, ID 83318

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,666.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **96** **Nonpriority creditor's name and mailing address**

Jorns & Associates LLC
30 N Gould St
Ste 23809
Sheridan, WY 82801

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 204,012.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    SRM Double D LLC _____    Case number *(if known)* _____
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁹⁷**    **Nonpriority creditor's name and mailing address**

K & R RENTALS, INC. & SALES
256 SOUTH 600 WEST
HEYBURN, ID 83336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,776.44

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹⁸**    **Nonpriority creditor's name and mailing address**

Kameron Bolster
2263 E 4195 N
Filer, ID 83328-5098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 200.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹⁹**    **Nonpriority creditor's name and mailing address**

KETTLE EMBROIDERY
61 E. MAIN ST.
REXBURG, ID 83440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 190.69

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰⁰**    **Nonpriority creditor's name and mailing address**

KIMBALL ELECTRONICS
652 N. FIVE MILE ROAD
BOISE, ID 83713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 27,749.40

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰¹**    **Nonpriority creditor's name and mailing address**

Lakeshore Carbide
6300 Inducon DR E
Sanborn, NY 14132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 99.60

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    SRM Double J LLC
    Name    Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 102 **Nonpriority creditor's name and mailing address**

LEE SPRING COMPANY, LLC
140 58TH STREET #3C
BROOKLYN, NY 11220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 860.50

---

**3.** 103 **Nonpriority creditor's name and mailing address**

LES SCHWAB
2555 SOUTH OVERLAND AVE.
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 42,104.90

---

**3.** 104 **Nonpriority creditor's name and mailing address**

LES SCHWAB TIRE CENTER
407 S 5TH W
REXBURG, ID 83440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,988.28

---

**3.** 105 **Nonpriority creditor's name and mailing address**

LINDE GAS & EQUIPMENT INC - 71549634/624
2250 N ARTHUR AVE
POCATELLO, ID 83204-2422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 117,430.55

---

**3.** 106 **Nonpriority creditor's name and mailing address**

LP PROPANE
477 W HIGHWAY 26
BLACKFOOT, ID 83221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,048.09

---

Debtor _____SRM Double L LLC_____     Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `107` **Nonpriority creditor's name and mailing address**

LR Landscaping & Maintenance LLC
185 e 100 s
Burley, ID 83318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 112.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `108` **Nonpriority creditor's name and mailing address**

Mary Lou's Flower Cart
1550 ORIENTAL AVE.
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,021.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `109` **Nonpriority creditor's name and mailing address**

McGUIRE BEARING COMPANY
1053 W. AMITY ROAD
BOISE, ID 83705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109,922.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `110` **Nonpriority creditor's name and mailing address**

McMASTER-CARR
9630 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670-2932

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,638.41

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** `111` **Nonpriority creditor's name and mailing address**

METAL VISION
155 W 700 S
SMITHFIELD, UT 84335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,809.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____   Case number _(if known)_____
     SRM Double D, LLC
    Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 112   **Nonpriority creditor's name and mailing address**

MINIDOKA COUNTY TAX COLLECTOR
715 G St
Rupert , ID 83350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41,950.12

---

**3.** 113   **Nonpriority creditor's name and mailing address**

MINIDOKA MEMORIAL HOSPITAL
1224 8TH ST
RUPERT, ID 83350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 700.00

---

**3.** 114   **Nonpriority creditor's name and mailing address**

MITCHELL TURNER TRUCKING
984 EAST 450 NORTH
JACKSON, ID 83350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,850.00

---

**3.** 115   **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES
1605 Alton Rd
Birmingham, AL 35210

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 146,169.09

---

**3.** 116   **Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS
1000 NORTH MAIN STREET
MANSFIELD, TX 76063

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 505.28

Debtor _____  SRM Double E, LLC _____  Case number _(if known)_____

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** <sup>117</sup> **Nonpriority creditor's name and mailing address**

MSC DIRECT
2300 E NEWLANDS DR
FERNLEY, NV 89408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 13,453.23

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** <sup>118</sup> **Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS - BURLEY
425 OVERLAND AVE
BURLEY, ID 83318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,900.17

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** <sup>119</sup> **Nonpriority creditor's name and mailing address**

NIGHT OWL JANITORIAL,INC
4976 W BUCKSKIN
POCATELLO, ID 83201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,365.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** <sup>120</sup> **Nonpriority creditor's name and mailing address**

NOFFSINGER MANUFACTURING
500 MAIN ST
FILER, ID 83328

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 48,992.48

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** <sup>121</sup> **Nonpriority creditor's name and mailing address**

NORCO, INC. (FV147 - BURLEY)
198 N. OVERLAND
BURLEY, ID 83318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____SRM Double D, LLC_____   Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 122  **Nonpriority creditor's name and mailing address**

NORTHFIELD INDUSTRIES
700 Wiley Farm Ct
Schaumburg, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 24,853.89

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 123  **Nonpriority creditor's name and mailing address**

NORWEST MFG.
71 SOUTH 215 WEST
RUPERT , ID 83350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,140.15

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 124  **Nonpriority creditor's name and mailing address**

PACIFIC SOURCE HEALTH PLANS
408 E PARKCENTER BLVD., STE. 100
BOISE, ID 83706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,892.14

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 125  **Nonpriority creditor's name and mailing address**

PACIFIC STEEL - POCATELLO
2206 N Main
Pocatello, ID 83204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 80.67

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 126  **Nonpriority creditor's name and mailing address**

PACIFIC STEEL - SLC
2850 WEST 900 SOUTH
SALT LAKE CITY, UT 84125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 124,915.75

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    SRM Double L, LLC                                                    Case number *(if known)*_____
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 127 | Nonpriority creditor's name and mailing address

PEPPERL+FUCHS
1600 ENTERPRISE PARKWAY
TWINSBURG, OH 44087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,521.07

---

**3.** 128 | Nonpriority creditor's name and mailing address

PFI 2014, LLC
1350 Pomerelle Ave
Buhl, ID 83316

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 165,588.77

---

**3.** 129 | Nonpriority creditor's name and mailing address

PHILLIPS OAKES GOODWIN CRANE & CO |
ID:1298
1710 Overland Ave
Burley, ID 83318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,518.86

---

**3.** 130 | Nonpriority creditor's name and mailing address

PICKETT EQUIPMENT
976 E MAIN ST.
BURLEY, ID 83318

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49,078.56

---

**3.** 131 | Nonpriority creditor's name and mailing address

PLATT ELECTRIC SUPPLY
285 Centennial DR
Heyburn, ID 83336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 157.36

Debtor    SRM Bobble 2 LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <u>132</u>  **Nonpriority creditor's name and mailing address**

PMT - PROJECT MUTUAL TELEPHONE
1458 Overland Ave
Bulery, ID 83318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,468.89

---

**3.** <u>133</u>  **Nonpriority creditor's name and mailing address**

POULSEN VANLEUVEN & CATMULL PA
1408 POMERELLE AVE
Suite C
Burley , ID 83318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 5,525.00

---

**3.** <u>134</u>  **Nonpriority creditor's name and mailing address**

POWERTRAIN ROCKFORD INC. (GKN WALTERSCHEID)
1200 WINDSOR ROAD
LOVES PARK, IL 61111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 38,496.14

---

**3.** <u>135</u>  **Nonpriority creditor's name and mailing address**

PRINTCRAFT PRESS
670 SOUTH COLORADO AVENUE
IDAHO FALLS, ID 83402-3257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 12,472.94

---

**3.** <u>136</u>  **Nonpriority creditor's name and mailing address**

PROFESSIONAL AUTOMOTIVE EQUIP., INC.
2442 S 1560 W BLDG 1
WOODS CROSS, UT 84087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 701.00

---

Debtor SRM Double D LLC
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.137** Nonpriority creditor's name and mailing address

QUICKDRAW EMBROIDERY
3790 N. 3386 E.
KIMBERLY, ID 83341

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,380.76

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.138** Nonpriority creditor's name and mailing address

RAMSEY HEATING & ELECTRIC, INC.
2600 OVERLAND
BURLEY, ID 83318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 170.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.139** Nonpriority creditor's name and mailing address

RELIANCE METALCENTER #10
4355 W 1730 S
Salt Lake City, UT 84104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 13,004.50

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.140** Nonpriority creditor's name and mailing address

RODDA PAINT
916 CLEVELAND BLVD
CALDWELL, ID 83605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 10,589.89

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.141** Nonpriority creditor's name and mailing address

RULMECA
3200 CORPORATE DRIVE, SUITE D
WILMINGTON, NC 28405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 11,840.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    SRM Double E LLC
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** Nonpriority creditor's name and mailing address

RUSH TRUCK CENTER, TWIN FALLS
537 ARLEN RD
JEROME, ID 83338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,906.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address

RWB TRUCKING, LLC
9018 HERITAGE PARKWAY, SUITE 1200
WOODRIDGE, IL 60517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,015.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address

SAIA, INC.
11465 Johns Creek Parkway
Suite 400
Johns Creek , GA 30097

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 705.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address

Sentry Insurance Company
1800 North Point Dr.
Stevens Point, WI 84481

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,499.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

SHARP'S TARPS
1832 SOUTH 3850 WEST
SALT LAKE CITY, UT 84104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,548.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____SRM Double D, LLC_____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** Nonpriority creditor's name and mailing address

SHERWIN WILLIAMS
1936 KIMBERLY ROAD
TWIN FALLS, ID 83301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address

SIGNUP SIGNS & GRAPHICS
3275 HWY 30 W
POCATELLO, ID 83201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 178.89**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149** Nonpriority creditor's name and mailing address

SmartSheets
500 108th Ave NE, Suite 200
Belleveue, WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 3,300.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** Nonpriority creditor's name and mailing address

SMUCKER MANUFACTURING INC.
22919 NORTH COBURG ROAD
HARRISBURG, OR 97446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,796.49**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** Nonpriority creditor's name and mailing address

SNAKE RIVER HYDRAULICS-cc
530 16TH ST.
HEYBURN, ID 83336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 375.46**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____  Case number _(if known)_ _____
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152**   **Nonpriority creditor's name and mailing address**

SNAKE RIVER SUPPLY (PURVIS IND.)
4700 W 65th S
Idaho Falls, ID 83402

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,027.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.153**   **Nonpriority creditor's name and mailing address**

SPARKLIGHT #122065923 POCATELLO, ID
204 W ALAMEDA RD
POCATELLO, ID 83201-4463

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 352.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.154**   **Nonpriority creditor's name and mailing address**

SPENCER FLUID POWER
19308 68TH AVENUE SOUTH
KENT, WA 98032

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,784.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.155**   **Nonpriority creditor's name and mailing address**

Spotler CRM Limited
301 S CR 810
Alvarado, TX 76009

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 202.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.156**   **Nonpriority creditor's name and mailing address**

SPRING WORKS UTAH
2261 S 1560 W
WOODS CROSS, UT 84087

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,010.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____SRM Double E, LLC_____   Case number _(if known)_____
              Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 157 **Nonpriority creditor's name and mailing address**

SPUDNIK EQUIPMENT COMPANY
584 WEST 100 NORTH
BLACKFOOT, ID 83221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 21,239.15

**3.** 158 **Nonpriority creditor's name and mailing address**

SRM-Kodiak America, LLC
307 S Warm Springs Way
Heyburn , ID 83336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,443,033.92

**3.** 159 **Nonpriority creditor's name and mailing address**

SRM-Properties, LLC
307 S Warm Springs Way
Heyburn , ID 83336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,957,267.97

**3.** 160 **Nonpriority creditor's name and mailing address**

STERLING URGENT CARE - BURLEY
1404 Pomerelle Ave.
Suite A1
Burley, ID 83318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.** 161 **Nonpriority creditor's name and mailing address**

STOTZ EQUIPMENT of BURLEY
119 OVERLAND AVE.
BURLEY, ID 83318

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 418.46

Debtor ___SRM Double J, LLC_____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.162** Nonpriority creditor's name and mailing address

SWEEPCO INC
165 W 200 S
BURLEY, ID 83318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 590.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.163** Nonpriority creditor's name and mailing address

T-Mobile
12920 se 38th st
Bellevue, WA 98006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 127.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.164** Nonpriority creditor's name and mailing address

TACOMA SCREW PRODUCTS, INC.
780 BLUE LAKES BLVD NORTH
TWIN FALLS, ID 83301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 549.09

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.165** Nonpriority creditor's name and mailing address

TEE PEE ADVERTISING
155 TAFT AVE
POCATELLO, ID 83201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 530.17

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.166** Nonpriority creditor's name and mailing address

TEROG MANUFACTURING
387 Atlantic Ave
Stephen , MT 56757

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 25,162.03

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    SRM Double J, LLC
_____    Case number _(if known)_ _____
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 167   **Nonpriority creditor's name and mailing address**

Texas Workfoce Commision
101 E. 15th St. Rm 446
Austin, TX 78778

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3.65

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 168   **Nonpriority creditor's name and mailing address**

TIP INC.
1619 COUNTY ROAD K NORTH
CUSTER, WI 54423

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,015.80

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 169   **Nonpriority creditor's name and mailing address**

TRACTOR EXPRESS LLC
31 W Main St
Riverside, IA 52327

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,933.00

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 170   **Nonpriority creditor's name and mailing address**

TRAVIS MOSS
174 NORTH 325 WEST
BLACKFOOT, ID 83221

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 28.55

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 171   **Nonpriority creditor's name and mailing address**

TREASURE VALLEY COFFEE (Mount Olympus)
2917 GARRETT WAY
POCATELLO, ID 83204

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,118.50

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    SRM Double J LLC
          Name                                                         Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172  Nonpriority creditor's name and mailing address**

UNISHIPPERS
2700 Commerce Street
Suite 1500
Dallas, TX 75226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 43,159.46

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.173  Nonpriority creditor's name and mailing address**

UPS #84358E
322 East Main Street
Burley, ID 83318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 881.35

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.174  Nonpriority creditor's name and mailing address**

VALLEY EQUIPMENT AND IRRIGATION
398 WEST HIGHWAY 39
BLACKFOOT, ID 83221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,222.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.175  Nonpriority creditor's name and mailing address**

VERITAS GLOBAL TRANSPORTATION INC.
2625 Augustine Drive
Santa Clara, CA 95054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,686.18

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.176  Nonpriority creditor's name and mailing address**

WALKER INDUSTRIAL PRODUCTS, INC.
117 MOUNT PLEASANT ROAD
NEWTOWN, CT 6470

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 426.02

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Docusign Envelope ID: F3DC89EE-5C1E-4AE8-A96D-71041D969044
Case 24-40065-BPH    Doc 1    Filed 11/14/24    Entered 11/14/24 12:42:21    Desc Main
Document    Page 66 of 98

Debtor    SRM Double E LLC _____    Case number (if known) _____
Name

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.177 Nonpriority creditor's name and mailing address**

WEASLER ENGINEERING, INC.
7801 Highway 45
Westbend, WI 53090

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,646.66

**3.178 Nonpriority creditor's name and mailing address**

WELLER TRUCK PARTS
8484 W. VICTORY RD
BOISE, ID 83709

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,912.26

**3.179 Nonpriority creditor's name and mailing address**

WESCON CONTROLS LLC
2533 SOUTH WEST ST.
WICHITA, KS 67217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 626.00

**3.180 Nonpriority creditor's name and mailing address**

WESTERN INTEGRATED TECHNOLOGIES
2404 South Orchard St
Suite 1000
Boise, ID 83705

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 53,135.94

**3.181 Nonpriority creditor's name and mailing address**

WESTERN MECHANICAL & INDUSTRIAL
2969 S. FRONTAGE RD
AMERICAN FALLS, ID 83211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 273.66

Debtor _____ SRW Double E, LLC _____  Case number _(if known)_ _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `182`  **Nonpriority creditor's name and mailing address**

WESTERN RECORDS DESTRUCTION
1990 S. COLE ROAD
BOISE, ID 83709

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,026.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** `183`  **Nonpriority creditor's name and mailing address**

Western Waste Services
70 W Frontage RD N
Jerome, ID 83338

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 577.55

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** `184`  **Nonpriority creditor's name and mailing address**

WHOLESALE SUPPLY
422 IDEALYA LANE
POCATELLO, ID 83202

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,651.25

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** `185`  **Nonpriority creditor's name and mailing address**

WILLAMETTE DENTAL
8950 W EMERALD ST. SUITE 108
BOISE, ID 83704

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,106.75

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**3.** `186`  **Nonpriority creditor's name and mailing address**

WOMACK MACHINE SUPPLY CO.
8227 SOUTH 4300 WEST
WEST JORDAN, UT 84088

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 153,692.30

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Docusign Envelope ID: F3GC89EF-5C17-4AF8-A96D-71041D969044
Debtor    Shm Double D LLC                                    Case number *(if known)*_____
          Name

Case 24-50061-BPH    Doc 1    Filed 11/14/24    Entered 11/14/24 12:42:21    Desc Main
                              Document        Page 68 of 98

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 187 **Nonpriority creditor's name and mailing address**

Wyoming Department of Revenue
444 W Collind Dr
Casper, WY 82601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 188 **Nonpriority creditor's name and mailing address**

ZORO TOOLS, INC.
500 W Madison St
Ste 4000
Chicago, IL 60661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,087.43

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** ____ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ ____

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** ____ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ ____

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** ____ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ ____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____    Case number (if known) _____
         Name
         CBM Builders LLC

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 55,817.38 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 17,199,962.07 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 17,255,779.45 |

---

**Fill in this information to identify the case:**

Debtor name ___SRM-Double L, LLC___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): _____    Chapter ___11___

---

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Verbal Lease agreement Lessor | SRM-Properties, LLC 307 S Warm Springs Way Heyburn, ID, 83336 |
| | State the term remaining | Open | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name ___SRM-Double L, LLC___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___SRM-Double L, LLC___

United States Bankruptcy Court for the: District of Utah

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 11/06/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 10,112,660.00 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 17,073,839.00 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 10,857,276.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | <br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | <br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | SRM-Double L, LLC | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | SHERWIN WILLIAMS<br>Creditor's name<br>1936 KIMBERLY ROAD<br>TWIN FALLS, ID 83301 | | $ 20,474.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | SRM-Double L, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____<br>**Case number**<br>_____ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | _____<br>**Case number**<br>_____ | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Debtor | SRM-Double L, LLC | Case number (if known) |
|--------|--------------------|------------------------|
|        | Name               |                        |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|-----------------------------|-------|
|                              | _____     | $_____ |
| Custodian's name             | **Case title**              | **Court name and address** |
|                              | _____     | _____ |
|                              |                             | Name |
|                              | **Case number**             | |
|                              | _____     | |
|                              | **Date of order or assignment** | |
|                              | _____     | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. | _____ |  | _____ | $_____ |
|  | Recipient's name |  | _____ | $_____ |
|  | **Recipient's relationship to debtor** |  |  |  |
|  | _____ |  |  |  |
| 9.2. | _____ |  | _____ | $_____ |
|  | Recipient's name |  | _____ | $_____ |
|  | **Recipient's relationship to debtor** |  |  |  |
|  | _____ |  |  |  |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------|--------------|------------------------|
| Fire damage in warehouse, Debtor received payments for lost work and equipment losses | 1,854,980.00 | 04/2023 | $1,850,000.00 |

| Debtor | SRM-Double L, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Parsons Behle & Latimer | Cash paid for Retainer | | $ 40,000.00 |
| | **Address** | | _____ | |
| | 201 S. Main St<br>Ste 1800<br>Salt Lake City, UT 84111 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Ampleo | Cash paid for Retainer | 10/15/2024 | $ 30,000.00 |
| | **Address** | | | |
| | 2701 North Thanksgiving Way<br>Suite 100<br>Lehi, UT 84043 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

| Debtor | SRM-Double L, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | SRM-Kodiak America LLC | Kodiak Parts and WIP and Hagoth Parts | 10/24/2024 | $ 3,780,091.00 |
| | **Address**<br>307 S Warm Springs Way<br>Heyburn, ID 83336 | | | |
| | **Relationship to debtor**<br>Brother LLC under Ownership Umbrella | | | |
| 13.2. | Who received transfer?<br>PFI 2014, LLC | Notes payable to PFI | 10/31/2024 | $ 3,075,455.00 |
| | **Address**<br>307 S Warm Springs Way<br>Heyburn, ID 83336 | | | |
| | **Relationship to debtor**<br>Parent Company 50% Equity Holder | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | SRM-Double L, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No
   ☐ Yes

---

| Debtor | SRM-Double L, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Triple A Storage<br>Name<br>456 Alfresco Dr<br>Burley, ID 83318 | | | ☑ No<br>☐ Yes |
| Address | | | |

| Debtor | SRM-Double L, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| SRM-Kodiak, LLC<br>Name<br>307 S Warm Springs Way<br>Heyburn, 83336 | | | $ 1,500,000.00 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

| Debtor | SRM-Double L, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | SRM-Double L, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Tyler Bakkensen | From _____ |
| Name | |
| 610 Eagle Way Blackfoot ID 83221 | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Mark Kelly | From _____ |
| Name | |
| 8331 S Coolidge St Midvale UT 84047 | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | |
| | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | |
| | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Tyler Bakkensen | |
| Name | |
| 610 Eagle Way Blackfoot ID 83221 | |

| Debtor | SRM-Double L, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Key Bank<br>Name<br>1301 Overland Ave Burley ID 83318 |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Docusign Envelope ID: F3CC89FF-5C17-4AF8-A98D-71041D969044

| Debtor | SRM-Double L, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
     Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SRM Holdings, LLC | 307 S Warm Springs Road, Heyburn, ID 83336 | Owner | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Grant Flaharty - former CEO | 922 Kami Circle Grand Junction CO 81506 | | _____ To _____ |
| Mark Kelly - former CFO | 8331 S Coolidge St Midvale UT 84047 | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Mark Kelly - former CFO | 100,000.00 | _____ | |
|      Name | | | |
|      8331 S Coolidge St | | _____ | |
|      Midvale, UT 84047 | | | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

| Debtor | SRM-Double L, LLC | | Case number (*if known*) _____ |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | | _____ | _____ |
|---|---|---|---|---|
| 30.2 | Name _____ | | | _____ |
| | | | | _____ |
| | | | | _____ |
| | Relationship to debtor | | | _____ |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| SRM Holdings, LLC | EIN: 86-3133595 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/13/2024
                 MM  / DD  / YYYY

✘ _____    Printed name _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

Docusign Envelope ID: F3CC89EE-5C1E-4AE8-A98D-71041D969044

| Debtor Name | SRM-Double L, LLC | Case number *(if known)* |
|---|---|---|

## Continuation Sheet for Official Form 207

**13) Transfers not already listed on this statement**
**Transferee: SRM-Kodiak America LLC**
**307 Warm Springs Way, Heyburn, ID 83336**
**Date of Transfer: 10/31/2024**
**Description: Kodiak Fixed Assets**
**Value: $595,790.00**
**---**
**Transferee: River Valley Manufacturing LLC**
**976 East Main St, Burley, ID 83318**
**Date of Transfer: 10/31/2024**
**Description: Notes payable to RVM**
**Value: $600,000.00**
**---**

United States Bankruptcy Court

District of Utah

In re:  SRM-Double L, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____11/13/2024_____

_____
Signature of Individual signing on behalf of debtor

Member

_____
Position or relationship to debtor

A & I DISTRIBUTORS
2058 CENTURY WAY
BOISE, ID 83709

A.M.I. SUPPLY INC.
719 Overland Ave
Burley, ID 83318

AAAA SPECIALTIES, INC.
3030 HURON ST.
DENVER , CO 80202

Adirondack Regional Airport
96 Airport Road
Saranac Lake, NY 12983

AG PARTS MFG.
485 N. STATE STREET
SHELLEY, ID 83274

AGRI-SERVICE LLC
300 AGRI-SERVICE WAY
KIMBERLY, ID 83341

AIRGAS USA, LLC. 2029282
259 North Radnor-Chester Road
Suite 100
Randor, PA 190787-5283

ALLEGIS CORPORATION
3895 CORSAIR ST. SUITE A
RENO, NV 89502

Allied Business Solutions
10394 W Emerald St
Boise, ID 83704

ALSCO - LBOI #005572
2254 EAST BRANIFF
BOISE, ID 83716

Alvarez, Francisco J.
1523 K DR
Rupert, ID 83350

AMADA AMERICA, INC.
7025 FIRESTONE BLVD.
BUENA PARK, CA 90621

AMERICAN STAFFING
277 S Washington St
Alexandria , VA 22314

American Welding Society
8669 NW 36th St., #130
Miami, FL 33166-6672

AMERIGAS DISTRICT #7158
218 Idaho 24
Rupert, ID 83350

APEM, INC. / CH PRODUCTS
970 PARK CENTER DRIVE
VISTA, CA 92081

APPLIED INDUSTRIAL TECHNOLOGIES
2575 Poleline Road
Pocatello, ID 83201

ARGONICS
740 SOUTH PIERCE AVENUE #5
LOUISVILLE, CO 80027

ASHCROFT
250 EAST MAIN ST.
STRATFORD, CT 6614

Atlas Solutions (ACH)
1411 23rd Street
Ogden, UT 84401

ATS LOGISTICS SERVICES, INC
9016 Palmetto Commerce Pkwy
Ste 3
Ladson, SC 29456-6704

AVERY'S AUTO
82N 400W
BLACKFOOT, ID 83221

AVR BVBA
MEENSESTEENWEG 545
Belgium
8800 ROESELARE,

BADGER BEARING PTP INC.
230 W. 20 S.
BURLEY, ID 83318

Bailey, Norm B.
106 Walnut St
Rupert, ID 83350

BARCLAY TRUCK REBUILDERS
500 W. 100 S.
PAUL, ID 83347

BDO
299 S Main St 10th Fl,
SALT LAKE CITY, UT 84111

BIG TRACTOR PARTS
10293 HWY 32 S.
HAWLEY, MN 56549

BLACKHAWK INDUSTRIAL
3235 POLELINE RD
POCATELLO, ID 83206-2086

BOLEN'S CONTROL HOUSE, INC.
140 SOUTH 100 WEST
BOISE, ID 83318-5017

Breitstein, Jarod A.
957 Magnolia St
Burley , ID 83318

Brent and Chalet Funk
2786 B Rock Creek Rd.
Hansen, ID 83334

BRIDGESTONE HOSE POWER
3484 HWY 30 WEST
POCATELLO, ID 83201

BROEKEMA BELTWAY USA, INC
1108 HOLSTEIN DR. NE
PINE CITY, MN 55063

BTR TRUCK AND TRAILER SALES
496 W 100 S
Paul, ID 83347

CAPITAL CHROME & PRECISION GRINDING
1520 HICKORY ST NE
SALEM, OR 97301

CARQUEST AUTO PARTS - CARQUEST OF BURLEY
518 OVERLAND AVE
BURLEY, ID 83318

Carrasco , Jorge
PO Box 721
American Falls, ID 83211

CATE INDUSTRIAL SOLUTIONS #04472
2747 GARRETT WAY
POCATELLO, ID 83201

CG MACHINERY, LLC dba HAAS FACTORY
15150 25th Avenue North
Minneapolis, MN 55447

Chadwell, Katie
1710 C ST
Heyburn, ID 83336

CHRISTENSEN MACHINE, INC.
301 CENTENNIAL DRIVE
HEYBURN, ID 83336

City of Burley
1401 Overland Ave
BUrley, ID 83318

CITY OF CHUBBUCK
290 E Linden Ave
Chubbuck, ID 83202

CK WINDOW CLEANING LLC
595 SUNNYSLOPE DR.
PAUL, ID 83347

COHERENT CORP-cc
375 Saxon Blvd
Saxonburg, PA 16056

COMMERCIAL TIRE
320 OVERLAND
BURLEY, ID 83318

CONRAD & BISCHOFF INC.
2251 N. HOLMES AVE
IDAHO FALLS, ID 83401

Crane Alarm
4017 E SUMMIT LN
NAMPA, ID 83653

Crimp Supply
1271 West Maple Rd
Clawson, MI 48017

CROWN LIFT TRUCKS
11605 W. EXECUTIVE DR.
BOISE, ID 83713

Cruzes, Efrain
1748 W 16th St
Burley, ID 833182119

CUSTOM-PAK, INC.
86 16TH AVENUE NORTH
CLINTON, IA 52732

Dalton Direct Digital
122 N Meridian
Rupert, ID 83350

Dex Imaging
5109 W Lemon St
Tampa, FL 33609

DEXTER - REDNECK TRAILER SUPPLIES
15778 US-20
Caldwell , ID 83607

Direct Connect Transport
7400 33rd St. N, Suite 700
Oakdale, MN 55128

DYKMAN ELECTRICAL INC.
4860 BURLEY DR
CHUBBUCK, ID 83202

Eames, Jack J.
109 Apple Blossom Drive
Rupert, ID 83350

ELECTRIC MOTOR REWIND
214 S. HIGHWAY 24
RUPERT, ID 83350

ELECTRICAL WHOLESALE
999 Flightline Dr
Idaho Falls, ID 83402

ELECTRICAL WHOLESALE (REXBURG)
899 JET STREAM DR
REXBURG, ID 83440

ELEMENT HEATING AND COOLING
347 LOCUST ST S
TWIN FALLS , ID 83301

England Logistics
4701 West 2100 South
Salt Lake City, UT 84120

ENVIRONMENTAL ABRASIVES WAREHOUSE-cc
4301 FEDERAL WAY
BOISE, ID 83716

Eschler, James
866 Wayne Ave
Pocatello, ID 832013744

ESSENTIAL SOFTWARE SOLUTIONS
202-4268 LOZELLS AVENUE
BURNABY, BC V5A

ESTES
456 Washington St
Twin Falls, ID 83301

Expeditors International of Washington, Inc
1015 3rd Ave
12th Floor
Seattle , WA 98104

Falcon Industries, Inc.
180 Commerce Drive
Medina, OH 44256

FARWEST STEEL CORPORATION
1250 W 2350 N
North Ogden, UT 84404

FASTENAL (IDBUR)
536 OVERLAND AVE.
BURLEY, ID 83318

FEDEX FREIGHT
942 South Shady Grove Road
Memphis, TN 38120

First Citizens Bank
239 Fayetteville Street
Raleigh, NC 27601

FLEETPRIDE, INC (TWIN FALLS)
2080 KIMBERLY ROAD
TWIN FALLS, ID 83301

FLEETPRIDE, INC.-cc
950 W. CEDAR ST.
POCATELLO, ID 83201

FOUR SEASONS BURLEY
3012 OVERLAND AVE
BURLEY, ID 83318

FRANKLIN BUILDING SUPPLY CO.-cc
303 N. OVERLAND AVE
BURLEY, ID 83318

FROST FIGHTER & CLEAR VIEW
13301 W 43rd Dr
Unit 11
Golden, CO 80403

Garcia, Dillion J.
1011 Cooper St
Rupert, ID 833508320

Garnica, Mario
727 Roosevelt St
American Falls, ID 832111345

Garnica, Roberto
565 Cleveland Street
American Falls, ID 83211

GENEVA HYDRAULICS, INC.
343 S MOUNTAIN WAY DRIVE
OREM, UT 84058

GGB BEARING TECHNOLOGY
700 MID ATLANTIC PARKWAY
THOROFARE, NJ 8086

GO-FER IT EXPRESS
2076 Eldridge Ave
Twin Falls, ID 83301

GOENGINEER
739 E UNION BLVD.
MIDVALE, UT 84047

GORDON ELECTRIC SUPPLY, INC.
1290 N. HOBBIE AVE
Kankakee, IL 60901-000

GRAINGER, INC.
2775 SOUTH 9TH WEST
SALT LAKE CITY, UT 84119

GRAPHX SIGN
330 W MAIN
BURLEY, ID 83318

HALL'S MACHINE & FAB
109 N 3850 E
RIGBY, ID 83442

Hartley, Kurt R.
114 Tuscan Dr
Heyburn, ID 833361040

Heartland Ag DBA Titan Machinery
1180 STATE HWY 7 EAST
HUTCHISON, MN 55350

Hernandez, Ricardo
2437 W. 25th Drive
Burley, ID 833181234

HEXNODE-(ONLINE)
111 Pine St Ste 1225
San Francisco, CA 94111

HIGH MOUNTAIN AG
1121 HIGHWAY 285 NORTH
MONTE VISTA, CO 81144

Hydreco- Continental Hydraulics
200 OAKLAND AVENUE
ROCK HILL, SC 29730

IDAHO POWER - 2220594572
243 Blue Lakes Blvd S
Twin Falls, ID 83301

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410

IFM EFECTOR, INC. (ACH)
1100 ATWATER DR.
MALVERN, PA 19355

INT GAS COMPANY - 38922030002
555 South Cole Road
Bismark, ND 58503

INT GAS COMPANY - 78341469167
555 South Cole Road
Bismarck, ND 58503

Intermountain Claims
8665 W Emerald St
Boise, ID 83711-4367

INTERSTATE ADVANCED MATERIALS
2201 S CENTURION PLACE
BOISE, ID 83709

Interstate Battery of Snake River
412 Eastland Drive South
Twin Falls, ID 83301

IRS - Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

J B RADIATOR SPECIALTIES
8401 SPECIALTY CIRCLE
SACRAMENTO, CA 95828

J.M. GRISLEY MACHINE TOOLS
1485 SOUTH 300 WEST
SALT LAKE CITY, UT 84115

JARED GILLESPIE
1014 10TH ST.
RUPERT, ID 83350

Jonathan Price
1350 Pomerelle Ave
Burley, ID 83318

Jorns & Associates LLC
30 N Gould St
Ste 23809
Sheridan, WY 82801

Juarez Vergara, Gilberto
1817 P St
Heyburn, ID 833368758

Juarez Vergara, Luis
112 N 4th St W
Paul, ID 833479782

K & R RENTALS, INC. & SALES
256 SOUTH 600 WEST
HEYBURN, ID 83336

Kameron Bolster
2263 E 4195 N
Filer, ID 83328-5098

KETTLE EMBROIDERY
61 E. MAIN ST.
REXBURG, ID 83440

KIMBALL ELECTRONICS
652 N. FIVE MILE ROAD
BOISE, ID 83713

Kunau, Rayn M.
137 N Highway 77
Declo, ID 833235035

Lakeshore Carbide
6300 Inducon DR E
Sanborn, NY 14132

LEE SPRING COMPANY, LLC
140 58TH STREET #3C
BROOKLYN, NY 11220

Lemos, Marcial
PO Box 91
Aberdeen, ID 832100091

LES SCHWAB
2555 SOUTH OVERLAND AVE.
BURLEY, ID 83318

LES SCHWAB TIRE CENTER
407 S 5TH W
REXBURG, ID 83440

LINDE GAS & EQUIPMENT INC - 71549634/624
2250 N ARTHUR AVE
POCATELLO, ID 83204-2422

LP PROPANE
477 W HIGHWAY 26
BLACKFOOT, ID 83221

LR Landscaping & Maintenence LLC
185 e 100 s
Burley, ID 83318

Martinez, Rigo
172 S
Burley, ID 833185454

Mary Lou's Flower Cart
1550 ORIENTAL AVE.
BURLEY, ID 83318

McGUIRE BEARING COMPANY
1053 W. AMITY ROAD
BOISE, ID 83705

McMASTER-CARR
9630 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670-2932

Mehta, Atul K.
2465 Hiland Ave
Apt A205
Burley, ID 833182708

METAL VISION
155 W 700 S
SMITHFIELD, UT 84335

MINIDOKA COUNTY TAX COLLECTOR
715 G St
Rupert , ID 83350

MINIDOKA MEMORIAL HOSPITAL
1224 8TH ST
RUPERT, ID 83350

MITCHELL TURNER TRUCKING
984 EAST 450 NORTH
JACKSON, ID 83350

Moss, Travis
174 North 325 West
Blackfoot, ID 83221

MOTION INDUSTRIES
1605 Alton Rd
Birmingham, AL 35210

MOUSER ELECTRONICS
1000 NORTH MAIN STREET
MANSFIELD, TX 76063

MSC DIRECT
2300 E NEWLANDS DR
FERNLEY, NV 89408

NAPA AUTO PARTS - BURLEY
425 OVERLAND AVE
BURLEY, ID 83318

NIGHT OWL JANITORIAL,INC
4976 W BUCKSKIN
POCATELLO, ID 83201

NOFFSINGER MANUFACTURING
500 MAIN ST
FILER, ID 83328

NORCO, INC. (FV147 - BURLEY)
198 N. OVERLAND
BURLEY, ID 83318

NORTHFIELD INDUSTRIES
700 Wiley Farm Ct
Schaumburg, IL 60173

NORWEST MFG.
71 SOUTH 215 WEST
RUPERT , ID 83350

Nunez, Juan C.
530 Cleveland St
American Falls, ID 832111518

PACIFIC SOURCE HEALTH PLANS
408 E PARKCENTER BLVD., STE. 100
BOISE, ID 83706

PACIFIC STEEL - POCATELLO
2206 N Main
Pocatello, ID 83204

PACIFIC STEEL - SLC
2850 WEST 900 SOUTH
SALT LAKE CITY, UT 84125

Palomares Hernandez, Hector
950 Miller Ave
Burley, ID 833181227

Parson, Ana M.
1414 Park Ave
Trlr 82
Burley, ID 833181753

PEPPERL+FUCHS
1600 ENTERPRISE PARKWAY
TWINSBURG, OH 44087

PFI 2014, LLC
1350 Pomerelle Ave
Buhl, ID 83316

PHILLIPS OAKES GOODWIN CRANE & CO | ID:1298
1710 Overland Ave
Burley, ID 83318

PICKETT EQUIPMENT
976 E MAIN ST.
BURLEY, ID 83318

PLATT ELECTRIC SUPPLY
285 Centennial DR
Heyburn, ID 83336

PMT - PROJECT MUTUAL TELEPHONE
1458 Overland Ave
Bulery, ID 83318

Portillo Tarango, Karen I.
2437 W 25th Dr
Burley, ID 833182808

POULSEN VANLEUVEN & CATMULL PA
1408 POMERELLE AVE
Suite C
Burley , ID 83318

POWERTRAIN ROCKFORD INC. (GKN
WALTERSCHEID)
1200 WINDSOR ROAD
LOVES PARK, IL 61111

PRINTCRAFT PRESS
670 SOUTH COLORADO AVENUE
IDAHO FALLS, ID 83402-3257

PROFESSIONAL AUTOMOTIVE EQUIP., INC.
2442 S 1560 W BLDG 1
WOODS CROSS, UT 84087

QUICKDRAW EMBROIDERY
3790 N. 3386 E.
KIMBERLY, ID 83341

Quijano, Yair
734 Normal Ave
Burley, ID 833181443

Quintero, Juan
209 16th St
Heyburn, ID 833369654

RAMSEY HEATING & ELECTRIC, INC.
2600 OVERLAND
BURLEY, ID 83318

Rangel, Mario
235 Arthur Street
American Falls, ID 83211

RELIANCE METALCENTER #10
4355 W 1730 S
Salt Lake City, UT 84104

Reliance Steel & Aluminum Co.
350South Grand Ave Suite 5100
Los Angeles, CA 90071

RODDA PAINT
916 CLEVELAND BLVD
CALDWELL, ID 83605

Rowser, Kensley J.
1635 Hansen Ave
Burley, ID 833182529

RULMECA
3200 CORPORATE DRIVE, SUITE D
WILMINGTON, NC 28405

RUSH TRUCK CENTER, TWIN FALLS
537 ARLEN RD
JEROME, ID 83338

RWB TRUCKING, LLC
9018 HERITAGE PARKWAY, SUITE 1200
WOODRIDGE, IL 60517

SAIA, INC.
11465 Johns Creek Parkway
Suite 400
Johns Creek , GA 30097

Saiz, Jared
286 Madison St
American Falls, ID 832111208

Sanchez, Ruben
305 W 20th St
Burley, ID 833182351

Sentry Insurance Company
1800 North Point Dr.
Stevens Point, WI 84481

SHARP'S TARPS
1832 SOUTH 3850 WEST
SALT LAKE CITY, UT 84104

SHERWIN WILLIAMS
1936 KIMBERLY ROAD
TWIN FALLS, ID 83301

SIGNUP SIGNS & GRAPHICS
3275 HWY 30 W
POCATELLO, ID 83201

SmartSheets
500 108th Ave NE, Suite 200
Bellevue, WA 98004

SMUCKER MANUFACTURING INC.
22919 NORTH COBURG ROAD
HARRISBURG, OR 97446

SNAKE RIVER HYDRAULICS-cc
530 16TH ST.
HEYBURN, ID 83336

SNAKE RIVER SUPPLY (PURVIS IND.)
4700 W 65th S
Idaho Falls, ID 83402

SPARKLIGHT #122065923 POCATELLO, ID
204 W ALAMEDA RD
POCATELLO, ID 83201-4463

SPENCER FLUID POWER
19308 68TH AVENUE SOUTH
KENT, WA 98032

Spotler CRM Limited
301 S CR 810
Alvarado, TX 76009

SPRING WORKS UTAH
2261 S 1560 W
WOODS CROSS, UT 84087

SPUDNIK EQUIPMENT COMPANY
584 WEST 100 NORTH
BLACKFOOT, ID 83221

SRM-Kodiak America, LLC
307 S Warm Springs Way
Heyburn , ID 83336

SRM-Properties, LLC
307 S Warm Springs Way
Heyburn , ID 83336

SRM-Properties, LLC
307 S Warm Springs Way
Heyburn, ID 83336

Steckel, Kyle L.
2745 Berkeley Ave
Burley, ID 833183310

STERLING URGENT CARE - BURLEY
1404 Pomerelle Ave.
Suite A1
Burley, ID 83318

STOTZ EQUIPMENT of BURLEY
119 OVERLAND AVE.
BURLEY, ID 83318

SWEEPCO INC
165 W 200 S
BURLEY, ID 83318

T-Mobile
12920 se 38th st
Bellevue, WA 98006

TACOMA SCREW PRODUCTS, INC.
780 BLUE LAKES BLVD NORTH
TWIN FALLS, ID 83301

TEE PEE ADVERTISING
155 TAFT AVE
POCATELLO, ID 83201

Tellez, Marco
1865 P St
Heyburn, ID 833368758

TEROG MANUFACTURING
387 Atlantic Ave
Stephen , MT 56757

Texas Workfoce Commision
101 E. 15th St. Rm 446
Austin, TX 78778

Thomas, Darrell
1910 Y Street
Heyburn, ID 83336

TIP INC.
1619 COUNTY ROAD K NORTH
CUSTER, WI 54423

Tolman, Nolan P.
1751 Yale Avenue
Burley, ID 83318

Torrez, Marco
255 Van Buren St
American Falls, ID 832111225

TRACTOR EXPRESS LLC
31 W Main St
Riverside, IA 52327

TRAVIS MOSS
174 NORTH 325 WEST
BLACKFOOT, ID 83221

TREASURE VALLEY COFFEE (Mount Olympus)
2917 GARRETT WAY
POCATELLO, ID 83204

UNISHIPPERS
2700 Commerce Street
Suite 1500
Dallas, TX 75226

UPS #84358E
322 East Main Street
Burley, ID 83318

VALLEY EQUIPMENT AND IRRIGATION
398 WEST HIGHWAY 39
BLACKFOOT, ID 83221

VERITAS GLOBAL TRANSPORTATION INC.
2625 Augustine Drive
Santa Clara, CA 95054

Villegas, Jose C.
PO Box 466
Aberdeen, ID 832100466

WALKER INDUSTRIAL PRODUCTS, INC.
117 MOUNT PLEASANT ROAD
NEWTOWN, CT 6470

Warth, Phillip B.
537 E Lincoln St
Paul, ID 833475504

WEASLER ENGINEERING, INC.
7801 Highway 45
Westbend, WI 53090

WELLER TRUCK PARTS
8484 W. VICTORY RD
BOISE, ID 83709

WESCON CONTROLS LLC
2533 SOUTH WEST ST.
WICHITA, KS 67217

WESTERN INTEGRATED TECHNOLOGIES
2404 South Orchard St
Suite 1000
Boise, ID 83705

WESTERN MECHANICAL & INDUSTRIAL
2969 S. FRONTAGE RD
AMERICAN FALLS, ID 83211

WESTERN RECORDS DESTRUCTION
1990 S. COLE ROAD
BOISE, ID 83709

Western Waste Services
70 W Frontage RD N
Jerome, ID 83338

WHOLESALE SUPPLY
422 IDEALYA LANE
POCATELLO, ID 83202

WILLAMETTE DENTAL
8950 W EMERALD ST. SUITE 108
BOISE, ID 83704

WOMACK MACHINE SUPPLY CO.
8227 SOUTH 4300 WEST
WEST JORDAN, UT 84088

Wyoming Department of Revenue
444 W Collind Dr
Casper, WY 82601

Yates, Jeff S.
2673 Kopp Rd
American Falls, ID 832115242

Young, Jody
1597 Jade Drive
Pocatello, ID 83202

Young, Stan
1990W 850S
Springfield, ID 83277

ZORO TOOLS, INC.
500 W Madison St
Ste 4000
Chicago, IL 60661

# United States Bankruptcy Court

District of Utah

**In re** SRM-Double L, LLC

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 40,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 465.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
Hourly fee arrangement, included with engagement letter and conflict memo.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/13/2024
_____

*Date*

_____

*Signature of Attorney*

Parsons Behle & Latimer
_____

*Name of law firm*
350 Memorial Dr.
Suite 300
Idaho Falls, ID 83402